

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2020

No. 04-19-00645-CR

Lonnie Jerome James **ELLISON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10112C
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Court reporter Maria Fattahi's request for an extension of time to file her part of the reporter's record is GRANTED. Ms. Fattahi's part of the reporter's record is due on or before **February 3, 2020.**

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court